IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BETH WEBSTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMSHER COLLECTION SERVICES, )<br>INC., ET AL., )<br>)<br>Defendants. )<br>) | CASE NO: CV-08-AR-1052-S |

## JOINT STIPULATION OF DISMISSAL

COMES NOW the plaintiff, Beth Webster, by and through counsel, K. Anderson Nelms, and the defendant, Amsher Collection Services, Inc., by and through counsel, Neal D. Moore, III and Patrick W. Franklin, and hereby jointly request this Honorable Court to dismiss all claims asserted or assertable against the defendant Amsher Collection Services, Inc., without prejudice.

Respectfully Submitted,

K. Anderson Nelms
Anderson Nelms & Associates, LLC
2005 Cobbs Ford Road, Suite 301A
Prattville, Alabama 36066
334-351-1770

Neal D. Moore, III
Patrick W. Franklin
Ferguson, Frost & Dodson, LLP
2500 Acton Road
Suite 200

{W0208626.1}