IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BETH WEBSTER,         } | |
|     Plaintiff,        } | |
|                           } | CIVIL ACTION NO. |
| v.                   } | 08-AR-1052-S |
| AMSHER COLLECTION SERVICES, } | |
| INC.,                } | |
|     Defendant.       } | |

### **ORDER**

Pursuant to the joint stipulation of dismissal filed on August 26, 2008, by plaintiff and defendant, the above-entitled action is hereby DISMISSED WITHOUT PREJUDICE.

The parties shall bear their own respective costs.

DONE this 26th day of August, 2008.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE